IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |  |
|---|---|---|
| **NATASHA CUNNINGHAM,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:24cv59-MHT |
| | ) | (WO) |
| **TONY HELMS, et al.,** | ) | |
| | ) | |
| Respondents. | ) | |

## OPINION

Pursuant to 28 U.S.C. § 2241, petitioner, who was a jail inmate at the time, filed this lawsuit seeking habeas relief.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that petitioner's habeas petition be dismissed without prejudice because she has failed to exhaust state remedies.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 27th day of June, 2024.

                              /s/ Myron H. Thompson
                             UNITED STATES DISTRICT JUDGE